UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                    :

ERISA MOORE,                                                :

                             Plaintiff,                    :                    21-CV-9654 (JMF)

                  -v-                                :                    <u>ORDER</u>

CAPITAL ONE,                                              :

                             Defendant.                :

-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendant's new motion to dismiss, *see* ECF No. 15, Defendant's earlier motion to dismiss filed at ECF No. 9 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **March 14, 2022**. Defendant's reply, if any, is due by **March 21, 2022**.

       The Clerk of Court is directed to terminate ECF No. 9 and to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: February 15, 2022
       New York, New York                            _____
                                                                    JESSE M. FURMAN
                                                             United States District Judge